Peggy Hunt (Utah State Bar No. 6060)
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-8911
Facsimile: (801) 933-7373
Email: hunttrustee@gmail.com

*Peggy Hunt, Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No. 13-22265 |
|---|---|
| JEFFREY REID HANSEN, | Chapter 7 |
| Debtor. | The Honorable William T. Thurman |

### NOTICE OF AMENDED PROPOSED DISTRIBUTION
### AND NOTICE OF OPPORTUNITY FOR OBJECTION

**(Objection Deadline: September 30, 2014, at 4:30 p.m. Mountain Time)**

**NOTICE IS HEREBY GIVEN** that Peggy Hunt, trustee of the estate of the above-named debtor ("Trustee"), absent any objections, intends to pay claims of the estate as set forth on the Amended Proposed Distribution attached hereto as **Exhibit A**. The original distribution was allowed pursuant to the *Order Approving Final Report, Applications for Compensation and Reimbursement of Expenses, and Trustee's Procedures* entered herein onNovember 15, 2013 [Docket 24]. One distribution check has been returned to the Trustee and she has determined that such funds must be disbursed to those creditors listed on **Exhibit A.**

**NOTICE IS FURTHER GIVEN** that if no party in interest files a written objection in the above-referenced case to the Trustee's amended proposed distribution by **September 30, 2014,** and serves a copy of the objection on the Trustee, the Trustee will distribute funds of the estate as set forth on **Exhibit A.**

DATED this 9th day of September, 2014.

                                                                          */s/ Peggy Hunt*  
                                                                          Peggy Hunt  
                                                                          *Chapter 7 Trustee*

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on the 9th day of September, 2014, I electronically filed the foregoing **NOTICE OF AMENDED PROPOSED DISTRIBUTION and NOTICE OF OPPORTUNITY FOR OBJECTION** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF uses and will be served through the CM/ECF system.

Mary M. Hunt tr    hunttrustee@gmail.com,
hunt.peggy@dorsey.com;UT18@ecfcbis.com

Linda D. Smith    lawldsmith@aol.com,
ldspclaw@gmail.com;lmadrid30@msn.com

United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on the 9th day of September, 2014, I caused to be served a true and correct copy of the **NOTICE OF AMENDED PROPOSED DISTRIBUTION and NOTICE OF OPPORTUNITY FOR OBJECTION** as follows:

**Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated September 9, 2014 attached hereto.**

/s/ Candy Long

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 13-22265<br>District of Utah<br>Salt Lake City<br>Tue Sep  9 09:01:58 MDT 2014 | Bank of America<br>P.O. Box 650260<br>Dallas, TX 75265 | Bonneville Billing<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403-4896 |
| CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | HSBC Card Services<br>PO Box 80084<br>Salinas, CA 93912-0084 |
| Jeffery Reid Hansen<br>2775 Hazelnut Drive<br>Salt Lake City, UT 84129-2427 | Mary M. Hunt tr<br>Dorsey & Whitney<br>136 S. Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Linda D. Smith<br>1063 E. 3300 So., Suite 102B<br>Salt Lake City, UT 84106-2691 |
| Suburu Motor Finance Chase<br>P.O. BOX 901076<br>Fort Worth, TX 76101-2076 | UHEAA<br>PO Box 145108<br>Salt Lake City, UT 84114-5108 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Mary M. Hunt tr
Dorsey & Whitney
136 S. Main Street
Suite 1000
Salt Lake City, UT 84101-1685

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17

# EXHIBIT "A"

Printed: 09/05/14 01:49 PM    Page: 1

# Claims Proposed Distribution

### Case: 13-22265   HANSEN, JEFFERY REID

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $407.34    **Total Proposed Payment:** $407.34    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | eCAST Settlement Corporation, assignee | Unsecured | 675.77 | 675.77 | 32.48 | 643.29 | 17.01 | 390.33 |
| 3 | FedLoan Servicing | Unsecured | 15,256.61 | 15,256.61 | 733.35 | 14,523.26 | 383.85 | 6.48 |
| | Claim Memo: Schedule F Account: XXXXXXXXXXXXX0005 | | | | | | | |
| | Schedule F Account: XXXXXXXXXXXXX0002 | | | | | | | |
| | Schedule F Account: XXXXXXXXXXXXX0003 | | | | | | | |
| | Schedule F Account: XXXXXXXXXXXXX0001 | | | | | | | |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 257.40 | 257.40 | 12.37 | 245.03 | 6.48 | 0.00 |
| | **Total for Case 13-22265 :** | | **$16,189.78** | **$16,189.78** | **$778.20** | **$15,411.58** | **$407.34** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Unsecured Claims :** | $16,189.78 | $16,189.78 | $778.20 | $407.34 | 7.322768% |